# United States District Court
## Violation Notice

| | | |
|---|---|---|
| Violation Number | Officer Name (Print) | Officer No. |
| 3138307 | DENERLL | 3735 |

CVB Location Code: A-11

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 02/04/2013 0357 Hrs
Place of Offense: 20 E. INDIAN SCHOOL RD. PHOENIX, AZ, 85012
Offense Charged: 36 CFR 1.218(a)(2)
Offense Description: Factual Basis for Charge
FAILURE TO GIVE TO A COMPLETE STOP AT A STOP SIGN

### DEFENDANT INFORMATION

Last Name: BOWDI
First Name: FARZIN
M.I.: D.
Street Address:
City: State: Zip Code: Phone:
Drivers License No.: CDL □ D.L. State: AZ Social Security No.: Date of Birth (mm/dd/yyyy):
Sex: ☒ Male □ Female  Height: 6'0"  Weight: 180  Eyes: BR  Hair: BLK  2822

### VEHICLE  VIN:
Tag No.: [illegible]  State: AZ  Year: 02  Make/Model: HONDA ACCORD  PASS □  Color: BLU

□ Adult  □ Juvenile

A □ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

PAY THIS AMOUNT →
$ 80.00 Forfeiture Amount
+ $25 Processing Fee
$ 105.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address                Date (mm/dd/yyyy)    Time (hh:mm)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature [signature]

(rev. 01/2011)      Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

**REDACTED**

I state that on FEB 4, 2013 while exercising my duties as a law enforcement officer in the _____ District of ARIZONA

SEE ATTACHED

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
□ information supplied to me from my fellow officer's observation
□ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/04/2013  [signature] #505
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

13-7146-PO

FILED ☒  LODGED ___
RECEIVED ___  COPY ___
APR 25 2013
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

**SCANNED**

# Veteran's Affairs Police System

## Single Violation Listing

**Location**       Phoenix

**Violation #** All   3138307

**Issued to**     Farzin B. BOUDI              **Officer**       DE WERTH

**Vehicle**       Honda Accord (AZ) 795HAL     **Issue Date**    02/04/2013

**Place of Violation:**                        **Issue Time**    0859 Hours

**Street**        650 E. Indian School Road    **Disposition**   Open/CVB

**City** Phoenix   **State** AZ   **Zip** 85012

**Ticket Type**   38 CFR 1.218 (a)

**Offense**       (12) Failure to Come to a Complete Stop at a Stop Sign

**Offender Home Address**

**Violation Description**

Statement of Probable Cause
(For issuance of an arrest warrant or summons)

I state on February 4, 2013, while exercising my duties as a law enforcement officer in the District of Arizona

The defendant, Farzin BOUDI, did unlawfully fail to come to a complete stop at a stop sign at the Carl T. Hayden VA Medical Center, Phoenix, Arizona.

While travelling eastbound in my marked patrol vehicle, I observed a black Honda Accord traveling northbound at a speed greater than what is posted in the northeast parking lot, approaching a stop sign posted at a four-way intersection at the north end of Row 35.

That intersection has stop signs posted facing north for southbound traffic and south for northbound traffic. Eastbound and westbound traffic do not have stop signs.

The Honda failed to come to a complete stop behind the sign and entered the intersection before it was safe to do so, forcing me to break to avoid a collision.

I initiated a traffic stop and identified the driver as the defendant, Farzin BOUDI. Based on my observations, I issued BOUDI a citation for violating 38 CFR 1.218 (a)(12), Failure to Come to a Complete Stop at a Stop Sign.

The foregoing statement is based upon:

__✓__ my personal observations  __✓__ personal investigation

____ information supplied to me from my fellow officer's observation

____ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the violation notice is true and correct to the best of my knowledge.

Executed on:

02/04/2013

Date (mm/dd/yyyy)     Officer's Signature

Probable Cause has been stated for the issuance of a warrant.

Executed on:

4/25/13

Date (mm/dd/yyyy)     U.S. Magistrate Judge

For Government Use Only
This report may contain information that is subject to the Privacy Act of 1974